IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GEORGE,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE,<br><br>    Defendant. | No. C 07-03375 CW (PR)<br><br>JUDGMENT |

    The Court has dismissed this action without prejudice because Plaintiff failed to complete the <u>in forma pauperis</u> application or pay the filing fee.  A judgment of dismissal without prejudice is entered.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 12/11/07

                                     CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH GEORGE,

        Plaintiff,

  v.

/ et al,

        Defendant.

Case Number: CV07-03375 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph A. George T-79867
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: December 11, 2007

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk